FILED
NOVEMBER 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREENWICH INDUSTRIES, L.P., a Delaware limited partnership, | ) ) ) | 07 C 6550 |
| Plaintiff, | ) ) | |
| v. | ) No. ) ) | |
| LEGGETT & PLATT, INCORPORATED, a Missouri corporation, | ) ) ) ) | JUDGE GRADY MAGISTRATE JUDGE BROWN |
| Defendant. | ) | |

## JURY DEMAND

Plaintiff Greenwich Industries, L.P., by its attorneys, Robbins, Salomon & Patt, Ltd., demands a trial by jury on all claims to which a jury trial is permitted.

GREENWICH INDUSTRIES, L.P.

By: /s/ Robert F. Rabin
One of its Attorneys

Robert F. Rabin
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000

B68820
11/19/07