**FILED**
**NOVEMBER 19, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6550**

In the Matter of

GREENWICH INDUSTRIES, L.P., a Delaware limited partnership v. LEGGETT & PLATT, INCORPORATED, a Missouri corporation.

Case Number:

**JUDGE GRADY**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GREENWICH INDUSTRIES, L.P.

| | |
|---|---|
| NAME (Type or print) Robert F. Rabin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Robert F. Rabin | |
| FIRM Robbins, Salomon & Patt, Ltd. | |
| STREET ADDRESS 25 East Washington Street, Suite 1000 | |
| CITY/STATE/ZIP Chicago IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6203742 | TELEPHONE NUMBER 312-456-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |