**FILED**
**NOVEMBER 19, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GREENWICH INDUSTRIES, L.P., a Delaware limited partnership v. LEGGETT & PLATT, INCORPORATED, a Missouri corporation.

Case Number: **07 C 6550**

**JUDGE GRADY**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GREENWICH INDUSTRIES, L.P.

| NAME (Type or print) |
| --- |
| James M. DeZelar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James M. DeZelar |
| FIRM |
| Robbins, Salomon & Patt, Ltd. |
| STREET ADDRESS |
| 25 East Washington Street, Suite 1000 |
| CITY/STATE/ZIP |
| Chicago IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 0628441 | 312-456-0184 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐