# United States District Court for the Northern District of Illinois

Case Number: 07cv6550    Assigned/Issued By: NF

Judge Name: GRADY    Designated Magistrate Judge: BROWN

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2343017

Date Payment Rec'd: 11-19-7    Fiscal Clerk: NF

## ISSUANCES

[✓] Summons    [ ] Alias Summons

[ ] Third Party Summons    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

[ ] Citation to Discover Assets    (Victim, Against and $ Amount)

[ ] Writ _____
       (Type of Writ)

1  Original and  0  copies on  11-19-7  as to  DEF
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05