AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**07 C 6550**

### SUMMONS IN A CIVIL CASE

GREENWICH INDUSTRIES, L.P., a Delaware limited partnership,

V.

LEGGETT & PLATT, INCORPORATED, a Missouri corporation.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GRADY**
**MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Jennifer Coleman, Assistant General Counsel, Litigation Counsel, Leggett & Platt, Incorporated, P. O. Box 757, No. 1 Leggett Road, Carthage, Missouri, 64836

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert F. Rabin
James M. DeZelar
Robbins, Salomon & Patt, Ltd.
25 East Washington Street, Suite 1000
Chicago IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Hurley_
---------------------------------
**(By) DEPUTY CLERK**

**November 19, 2007**
---------------------------------
Date