IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENWICH INDUSTRIES, L.P., a Delaware limited partnership, ) ) ) | |
| Plaintiff, ) | No. 07 C 6550 |
| ) v. ) ) | |
| LEGGETT & PLATT, INCORPORATED, a Missouri corporation, ) ) ) | Judge John F. Grady |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Greenwich Industries, L.P., by its attorneys, Robbins, Salomon & Patt, Ltd., for its Motion for Leave to File Amended Complaint, states as follows:

1. On November 19, 2007, Plaintiff filed this breach of contract action seeking compensatory damages from Defendant in an amount exceeding $450,000. (A file-stamped copy of the Complaint is attached hereto as Exhibit A)

2. Due to an error in the electronic filing submission, the Complaint failed to attach page 5 thereto. (A true and correct copy of page 5 of the Complaint is attached hereto as Exhibit B)

3. To correct the foregoing omission, Plaintiff seeks leave to file the Amended Complaint attached hereto as Exhibit C, which incorporates page 5 that was omitted from the Complaint.

4. There will be no prejudice to Defendant (which has not been served with process relating to this lawsuit) if Plaintiff is granted leave to file the Amended Complaint attached hereto as Exhibit C to correct the foregoing omission.

WHEREFORE, Plaintiff Greenwich Industries, L.P. respectfully requests that this Court enter an order granting it leave to file the Amended Complaint attached as Exhibit C hereto, *instanter*, and for such other and further relief as this Court deems reasonable and just.

GREENWICH INDUSTRIES, L.P.

By: /s/ Robert F. Rabin
    One of its Attorneys

Robert F. Rabin
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000

B73987
11/28/07

-2-