IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREENWICH INDUSTRIES, L.P., a Delaware limited partnership, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6550 |
| v. | ) ) | |
| LEGGETT & PLATT, INCORPORATED, a Missouri corporation, | ) ) ) | Judge John F. Grady |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 2, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John F. Grady, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2201 of the United States District Court Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Leave to File Amended Complaint.

GREENWICH INDUSTRIES, L.P.

/s/ Robert F. Rabin
One of its Attorneys

Robert F. Rabin
Robbins, Salomon & Patt, Ltd.
25 East Washington St., Suite 1000
Chicago, IL 60602
(312) 782-9000

B74208
11/28/07