**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Greenwich Industries, L.P.
        Plaintiff,

v.                 Case No.: 1:07−cv−06550
                   Honorable John F. Grady

Leggett & Platt, Incorporated
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

  MINUTE entry before Judge John F. Grady :Hearing on plaintiff's motion for leave to file an amended complaint set for 1/2/08 stricken. In Court hearing set for 1/9/2008 at 10:30 a.m. as to plaintiff's motion for leave to file amended complaint.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.