U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 07 C 6550

Greenwich Industries, L.P., a Delaware limited partnership,
Plaintiff,
v.
Leggett & Platt, Incorporated, a Missouri corporation,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leggett & Platt, Incorporated

| |
|---|
| NAME (Type or print) <br> Jonathan R. Buck |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jonathan R. Buck |
| FIRM <br> Perkins Coie LLP |
| STREET ADDRESS <br> 131 South Dearborn Street, Suite No. 1700 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06281672 | TELEPHONE NUMBER <br> (312) 324-8400 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |