IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENWICH INDUSTRIES, L.P., a Delaware limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> LEGGETT & PLATT, INCORPORATED, a Missouri corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 07 C 6550 <br><br> Judge John F. Grady <br><br> Magistrate Judge Geraldine S. Brown |

**DEFENDANT LEGGETT & PLATT, INCORPORATED'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Leggett & Platt, Incorporated ("Leggett"), respectfully submits this Corporate Disclosure Statement. Leggett is a publicly held corporation. No other publicly held company owns ten (10%) percent or more of Leggett stock.

Dated: January 25, 2008            **LEGGETT & PLATT, INCORPORATED**

By:    /s/Jason A. Burlingame
Matthew J. Gehringer
Jason A. Burlingame
Jonathan R. Buck
Perkins Coie LLP
131 South Dearborn Street
Suite No. 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of January, 2008, a copy of the foregoing **Defendant Leggett & Platt, Incorporated's Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

>Robert F. Rabin
>ROBBINS, SALOMON & PATT, LTD.
>25 East Washington Street
>Suite No. 1000
>Chicago, Illinois 60602

                          /s/Jason A. Burlingame