**FILED**



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MAR 0 3 2008
Mar 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Jason A. Burlingame

FIRM: Attorneys' Liability Assurance Society, Inc

STREET ADDRESS: 311 S. Wacker Drive, Suite 5700

CITY/STATE/ZIP: Chicago IL 60606

PHONE NUMBER: 312 697 6924

ARDC NO. (If Member of Illinois State Bar): 6242614

☒ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 C 6029 | Coy v. Powermate | Andersen |
| 07 C 6550 | Greenwach v. Leggett & Platt | Gradly |
| 03 C 2939 | Jaske v. Zimmer | Moran |
| 06 C 5438 | Link v. Zimmer | Kendall |
| 06 C 6256 | McCutcheon v. Zimmer | Shadur |

_____
Attorney's Signature

2/11/08
Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to
Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**

| 07 C 5354 | Passarelli v. Zimmer | Manning |
|---|---|---|