IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENWICH INDUSTRIES, L.P., a Delaware limited partnership, | ) ) ) Case No. 07 C 6550 |
| Plaintiff, | ) ) ) Judge John F. Grady |
| v. | ) ) ) Magistrate Judge Geraldine S. Brown |
| LEGGETT & PLATT, INCORPORATED, a Missouri corporation, | ) ) ) **JURY TRIAL DEMANDED** |
| Defendant. | ) ) |

## MOTION TO WITHDRAW APPEARANCE OF JASON A. BURLINGAME

Defendant, Leggett & Platt, Incorporated, respectfully requests that this Court grant Defendant leave to withdraw the appearance of Jason A. Burlingame as one of the attorneys of record for Leggett & Platt Incorporated, and in support of this Motion, states as follows:

1.  Jason A. Burlingame is no longer employed by the law firm of Perkins Coie LLP, the firm representing L&P in this matter and should not be receiving electronic notices in this matter.

WHEREFORE, Leggett & Platt, Incorporated requests that this Court enter an order granting leave to withdraw the appearance of Jason A. Burlingame as attorney of record.

DATED: March 27, 2008

**Leggett & Platt, Incorporated**

By: /s/ Matthew J. Gehringer
Matthew J. Gehringer

Perkins Coie LLP
131 South Dearborn Street
Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of March, 2008, a copy of the foregoing **Motion for Leave to Withdraw** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

> Robert F. Rabin
> ROBBINS, SALOMON & PATT, LTD.
> 25 East Washington Street
> Suite No. 1000
> Chicago, Illinois 60602

/s/Matthew J. Gehringer