IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENWICH INDUSTRIES, L, P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>-vs-<br><br>LEGGETT & PLATT, INCORPORATED, a Missouri corporation,<br><br>Defendants. | Case No. 07 CV 6550<br><br>Judge John F. Grady |

## NOTICE OF MOTION

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on  Wednesday April 2, 2008, 2006  , at 10:30 a .m., we shall appear before the Honorable John Grady in the courtroom usually occupied by him at Room 2202 of the Everett M. Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present will present the **MOTION TO WITHDRAW APPEARANCE OF JASON A. BURLINGAME**, a copy of which was previously served upon you.

DATED:   March 27, 2008

By   /s/ Matthew J. Gehringer
One of the attorneys for Defendant

Matthew J. Gehringer
PERKINS COIE LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

## CERTIFICATE OF SERVICE

I, Matthew J. Gehringer, certify that on March 27, 2008, I caused the foregoing **NOTICE OF MOTION** to be served via CM/ECF on the parties below:

*Attorneys for Plaintiffs in Civil Action*
*Nos. 06 C 3566, 06 CV 3567, and 06 CV 3568*

Robert F. Rabin
Robbins, Salomon & Patt, Ltd.
25 East Washington Street
Suite No. 1000
Chicago, IL 60602

        /s/ Matthew J. Gehringer
One of the attorneys for Defendant
Leggett & Platt, Incorporated