# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6550 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Greenwich Industries vs. Leggett & Platt | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/08/08 at 10:30 a.m. Enter agreed protective order. Discovery to close 09/30/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

FILED
2008 JUN -6 PM 4:10
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|